

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1697-10

**TED H. ROBERTS, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTH COURT OF APPEALS
### BEXAR COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of three counts of theft and sentenced to confinement for five years. The trial court granted shock probation. The Court of Appeals dismissed Appellant's appeal for lack of jurisdiction. *Roberts v. State*, (Tex. App. — San Antonio, No. 04-10-00558-CR, delivered November 10, 2010). Appellant's petition for discretionary review was dismissed as untimely filed on April 13, 2011. Appellant has

filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court.  Appellant's motion for rehearing is granted.  His petition is reinstated as of May 25, 2011 and will be considered in accord with Tex.R.App.P. 68. Appellant must file copies of his petition for discretionary review **with this Court** within 14 days of the date of this opinion.  See Tex.R.App.P. 9.3(b).

Delivered May 25, 2011
Do not publish